UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHER SADOWSKY TESTAMENTARY TRUST, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders, <br><br>          Plaintiff,<br><br>   v.<br><br>RICHARD F. SYRON, et al.,<br><br>          Defendants,<br><br>  and<br><br>FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,<br><br>          Nominal Defendant | Case No. 08-CV-05221-BSJ-JCF<br><br><u>NOTICE OF APPEARANCE</u> |

To the Clerk of the Court and all parties of record:

      Daniel P. Chiplock, Esq., a member in good standing of this Court, and a partner of the firm Lieff, Cabraser, Heimann & Bernstein, LLP, hereby enters his appearance as counsel of record on behalf of Intervening Plaintiff R.S. Bassman in the above-captioned action, and requests that copies of all notices, pleadings, and other documents filed in this proceeding be provided to him.

Dated: New York, New York  
       August 8, 2008

        __/s/ Daniel P. Chiplock_____  
        Daniel P. Chiplock, Bar No. DC 1137  
        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP  
        780 Third Avenue, 48th Floor  
        New York, NY 10017  
        Tel. (212) 355-9500  
        Fax (212) 355-9592  
        E-mail: dchiplock@lchb.com

        *Attorney for Intervening Plaintiff R. S. Bassman*

777775.1