

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESTHER SADOWSKY TESTAMENTARY TRUST, DERIVATIVELY ON BEHALF OF FEDERAL HOME LOAN MORTGAGE CORP.,

                    Plaintiff,

- against -

RICHARD F. SYRON, ANTHONY PISZEL, EUGENE MCQUADE, MARTIN BAUMANN, BARBARA T. ALEXANDER, GEOFFREY T. BOISI, MICHELLE ENGLER, ROBERT R. GLAUBER, RICHARD KARL GOELTZ, SHAUN F. O'MALLEY, THOMAS S. JOHNSON, STEPHEN A. ROSS, WILLIAM M. LEWIS, JR., AND NICOLAS P. RETSINAS,

                    Defendants,

-and-

FEDERAL HOME LOAN MORTGAGE CORPORATION,

                    Nominal Defendant.

Case No. 08-CV-5221 (BSJ) (JCF)

**STIPULATION AND ORDER**

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendants Barbara T. Alexander, Geoffrey T. Boisi, Michelle Engler, Robert R. Glauber, Richard Karl Goeltz, Shaun F. O'Malley, Thomas S. Johnson, Stephen A. Ross, William M. Lewis, Jr., and Nicolas P. Retsinas to answer or otherwise respond to the Complaint filed on June 6, 2008 in the above-captioned matter shall be extended to and including September 17, 2008.



Dated:   New York, New York
         August 15, 2008

CAHILL GORDON & REINDEL LLP

By: *David Owen* /s/
David N. Kelley (DK-4770)
David R. Owen (DO-1510)
Joshua M. Newville (JN-5377)
Scott Watnik (SW-8120)
80 Pine Street
New York, New York 10005
(212) 701-3000
*Attorneys for
Defendants Barbara T. Alexander, Geoffrey
T. Boisi, Michelle Engler, Robert R.
Glauber, Richard Karl Goeltz, Shaun F.
O'Malley, Thomas S. Johnson, Stephen A.
Ross, William M. Lewis, Jr., and Nicolas P.
Retsinas.*

WEISS & LURIE

By: *Joseph H. Weiss* /s/
Joseph H. Weiss (JW-4534)
David C. Katz (DK-6235)
551 Fifth Avenue
New York, New York 10176
(212) 682-3025

STULL STULL & BRODY
Jules Brody (JB-9151)
Patrick Slyne (PS-1765)
6 East 45th Street
New York, New York 10017
(212) 687-7230
*Attorneys for
Plaintiff Esther Sadowsky Testamentary
Trust*

SO ORDERED:

*Barbara S. Jones*
U.S.D.J.
Dated: August 18, 2008

-2-