UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ESTHER SADOWSKY TESTAMENTARY TRUST,
Derivatively on Behalf of Federal
Home Loan Mortgage Corp.,

             Plaintiffs,           08 Cv. 5221 (BSJ)

      v.

                                        **ORDER**

RICHARD R. SYRON, et al.,

            Defendants.
------------------------------------------x

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

    On March 16, 2011 the Federal Housing Finance Agency as Conservator for the Federal Home Loan Mortgage Corporation ("Conservator") moved to voluntarily dismiss this action without prejudice. On April 4, 2011 Defendants Richard F. Syron, Anthony Piszel, Eugene McQuade, and Martin Baumann ("Officer Defendants") filed a motion stating they did not oppose the Conservator's motion. Any party that opposes the Conservator's motion must do so by May 11, 2011. The Court will grant the Conservator's motion if the Court does not receive any oppositions by that date.

SO ORDERED:

/s/ Barbara S. Jones
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         April 27, 2011